4/4/22

Legal Mail
Provided to Florida State Prison on
for mailing by _____

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA

## CIVIL RIGHTS COMPLAINT FORM FOR
## PRO SE PRISONER LITIGANTS IN ACTIONS UNDER
## 28 U.S.C. § 1331 or § 1346 or 42 U.S.C. § 1983

LEE MITCHELL JOHNSON ,

Inmate ID Number: W40563 ,

*(Write your full name and inmate ID
number.)*

v.

L.T. MCKINNEY, SGT PROCK, SGT TYRE,
SGT. FALLER, SGT PATTERSON
Officer J. MANNING, Officer EGIN
Officer FALLER, Officer ATTABerry
,

,

*(Write the full name of each
Defendant who is being sued. If the
names of all the Defendants cannot
fit in the space above, please write
"see attached" in the space and
attach an additional page with the
full list of names. Do not include
addresses here.)*

**Case No.:** 4:22-cv-412 →
*(To be filled in by the Clerk's Office)*

**Jury Trial Requested?**
☑ **YES**   ☐ **NO**

FILED USDC FLND TL
NOV 17 '22 PM 1:23

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

# I.   The Parties to This Complaint

## A.   The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint.  Attach additional pages if needed.

Name                           LEE MITCHELL JOHNSON

All other names by which
you have been known:

ID Number                      W40563

Current Institution            Florida State Prison

Address                        P.O. Box 800

Raiford                    FL          32083
*City*                    *State*          *Zip Code*

## B.   The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation.  Make sure that the defendant(s) listed below are identical to those contained in the above caption.  For an individual defendant, include the person's job or title *(if known)* and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both.  Attach additional pages if needed.

Defendant No. 1
Name                      LIEUTENANT MCKINNEY
Job or Title *(if known)*  CORRECTIONS LIEUTENANT
Shield Number             UNKNOWN
Employer                  Florida Department of Corrections, Florida State Prison
Address                   7819 NW 228 Street,
Raiford                FL          32083
*City*                *State*          *Zip Code*
[✓] Individual capacity       [ ] Official capacity

Defendant No. 2
Name                      SERGEANT PROCK
Job or Title *(if known)*  CORRECTIONS SERGEANT
Shield Number             UNKNOWN
Employer                  Florida Department of Corrections, Florida State Prison
Address                   7819 N.W. 228 Street
Raiford                FL          32083
*City*                *State*          *Zip Code*
[✓] Individual capacity       [ ] Official capacity

Defendant No. 3
    Name      SERGEANT TYRE, MALE SERGENT
    Job or Title *(if known)*      CORRECTIONS SERGEANT
    Shield Number      UNKNOWN
    Employer      FLORIDA DEPARTMENT OF CORRECTIONS, FLORIDA STATE PRISON
    Address      7819 N.W. 228 STreET

RAiford      FL      32083
*City*      *State*      *Zip Code*

[✓] Individual capacity      [ ] Official capacity

Defendant No. 4
    Name      SERGEANT FALLER
    Job or Title *(if known)*      CORRECTIONS SERGEANT
    Shield Number      UNKNOWN
    Employer      FLORIDA DEPARTMENT OF CORRECTIONS, FLORIDA STATE PRISON
    Address      7819 N.W. 228 STreET

RAiford      FL      32083
*City*      *State*      *Zip Code*

[✓] Individual capacity      [ ] Official capacity

## II.    Basis for Jurisdiction

More Defendants - see Attached →

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]."  Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)*, you may sue federal officials for the violation of certain constitutional rights.

A.    Are you bringing suit against *(check all that apply)*:

[ ] Federal officials (a *Bivens* claim)

[✓] State or local officials (a § 1983 claim)

B.    Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983.  If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

8th Amendment Violations By Defendants for Violent Physical Assaults upon PLAINTiff. 1st Amendment Violations for Threats And Retaliation-Assaults upon PLAINTIff By Defendants for his LAW SUITS And GRieVances - 8th And 1st Amendment Violations for Refuses To feed me In Retaliation for my GRieVances And LAW SUits.

C.    Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights.  If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

Attached from page 3

Defendant No 5

Name      Sergeant Patterson
Job Title  Corrections Sergeant
Employer   Florida Department of Corrections
Address    Florida State Prison
           7819 N.W. 228 Street
           Raiford FL 02083

☑ Individual Capacity


Defendant No 6

Name      Officer J. Manning
Job Title  Corrections Officer
Employer   Florida Department of Corrections
Address    Florida State Prison
           7819 N.W. 228 Street
           Raiford FL 02083
☑ Individual Capacity


Defendant No 7

Name      Officer Egin
Job Title  Corrections Officer
Employer   Florida Department of Corrections
Address    Florida State Prison
           7819 N.W 228 Street
           Raiford, FL 02083

☑ Individual Capacity

Attached from Page 3

Defendant No 8.

NAME officer Faller
Job Title corrections officer
employer Florida Department of corrections
ADDress: Florida state prison
7819 N.W. 228 Street
Raiford, FL 02083

☑ Individual CAPACITY

Defendant No 9.

NAME officer Atterberry
Job Title Corrections officer
employer Florida Department of corrections
ADDress Florida state prison
7819 N.W. 228 Street
Raiford FL 02083

☑ Individual CAPACITY

D.    Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed. *each Defendant was employed By The Florida Department of corrections At The Time of The incidents in This Complaint*

## III.    Prisoner Status

Indicate whether you are a prisoner or other confined person as follows *(check all that apply)*:

☐   Pretrial detainee

☐   Civilly committed detainee

☐   Immigration detainee

☑   Convicted and sentenced state prisoner

☐   Convicted and sentenced federal prisoner

☐   Other *(explain)*

## IV.    Statement of Claim

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A.    If the events giving rise to your claim arose outside an institution, describe where and when they arose.

B.    If the events giving rise to your claim arose in an institution, describe where and when they arose.

*Between September 6 2022 And October 31 2022 At Florida State Prison*

C.    What date and approximate time did the events giving rise to your claim(s) occur?

September 6 2022, To october 31 2022   see Attached statement of A
FActs for each DAte And Time of each INcident-event

D.    What are the facts underlying your claim(s)?  *(For example:  What happened to you?  Who did what?
      Was anyone else involved?  Who else saw what happened?)*

PleAse   See   Attached.

## V.    Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical
treatment, if any, you required and did or did not receive.

PleAse   See   Attached

## VI.    Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes.
If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for
the acts alleged.  Explain the basis for these claims.

PLeAse   see   AttAched

ON September 6 2022 exact time unknow I was Transferred from WAKULLA C.I. To florida State Prison in Retaliction for "filing Grievances / Law-suits" As soon As I stepped off The Transport van. I was met By SGT PROCK and offer Atterberry. officer Atterberry stated To me" So your The Child molester who likes writing Grivances And filing LAW suits, Well weill cure you of That At F.s.P. (florida State prison, I was Then Taken To C-wing And Put in Cell 1226 While I was still in handcuffs, Belly Chain And Leg Irons SGT PROCK And officer Atterberry started To PUNCH And Kick me, Knockwing me To The floor And Stomping on my Body While stating " your GONNA Drop Those LAW suits And NO More GIREVANCES, OR Weill Kill you, hear me boy It was SGT PROCK who Made The statement

This Violent Assault Resulted in Multible Bruises, A BLACK-eye A Bloody Nose for Which I was Refused Any Medical Treatment,

Also At No Time Did I Do Any Thing To PREvoke This Violent Assault

From September 8 To september 26 2022, SGT Faller, officer Manning And other officers under The orders of SGT Faller Working The 6:00 pm To 6:00 Am shift Did Refuse me my Breakfast Tray every DAy from September 8 To september 26 2022 And each Time SGT Faller or officer manning or officer EGW Would state To me "untile you Drop Those LAW suits And stop Writing Grievances your NOT eatung"
When i would Beg Them To PLease feed me SGT Faller Would state To me "Get off The Door or Get Gassed, your NOT eatung"

ALSO from September 8 To september 26 2022 on The Days That SGT TYRe Would Work on C-Wing on his shift 6:00 AM To 6:00p.m SGT TYRe And officers under his orders Would Not feed me LUNch or Dinner SGT TYRe stated To me each DAy " I Don't feed Snitchs And Writ Writers so your Gonna Starve - Write That up And I'll Kill you"
So Between September 8 To september 26 2022 I Did Go with out eatung some Times 4 To 6 Days In A Row other Days i would Get 1 meal Per DAy

Also As of This filing I am still Bews Refused Most meals

PAGE 2 OF 5

On September 15 2022 Approximatly 1:00 P.m
on C-wing SGT Tyre Did pull me out my cell c-1101
After handcuffwe me Did put me in A Choke hold
from Behind And Choke me until I passed out
while statwe "Your Gonna Drop Those LAW Suits-
or I'm Kill you"

Then on September 21 2022 Approximatly 11:30 P.m
SGT Faller pulled me out my cell for A cell-search
(cell 1101 c-wwg), SGT faller slammed me Against The cell wall
Then put Both his hands Around my Throat And
started Chokwg me while statwg To me-
" I'M GONNA Kill you if you Don't stop This-
LAW Suit Shit boy"

Then on September 25 2022 Approximatly 11:00 P.m.

Lieutenant Mckinney came To my cell Door on C-wwg cell 1101
And Did stak To me " December is "Snitch week, you know—
Like Shark week, except for snitchs, That when i run Around—
Killwg snitchs Like you, so if you Don't Drop The LAW—
Suits Before Then I'M GONNA Kill you."

PAGE 3 of 5

Then on September 28 2022 Approximatly 3:00 Am Lieutenant McKinney came to my Cell on L-wing Cell 1131 After handcuffs me Behind my Back Did Beat me with The Chain Attached To Leg Irons While statws To me "I Told you To Drop The LAW suits BUT Now you wrote A Grievance on me, well I'm Gonna Kill you Pussy", in December

This Assault Resulted in Multible Cuts Welts And Bruises for which I was Refused Medical Treatment

Then on September 29 2022 After Bews moved To B-wing I was Then Violently Beaten By SGT Procck Who was Punchws And Kickiws me while hand cuffed While he stated To me, "stop writws Grievances or I'll Kill you"

Again This Assault Resulted in Bruises, Black eye And was Refused All Medical Treatment

Then on October 3 2022 Approy Time 11:00 Am In Cell B-1322 of B-wws While hand cuff Behind my Back SGT Patterson Punched me in The Stomache 6 Times while statws To me "I Kill snitchs That snitch of my officers

PAGE 4 of 5

ALSO ON October 3 2022 SGT Patterson Did Refuse To Feed Me
Lunch And Dinner And stated To Me, STARVE SNITCH.

ALSO On october 3 2022 APPROXIMATly 8:00P.
Officer EGIN While searching my Cell ON B-WWS
Did TAKE ALL my Legal worK, pens personal PAPERs
And Throw Them In The ToileT Then STATed To me -
"Lets see you write A GRIEVANCE Now SNitch"

ON October 26 2022 APPROXIMATLY 7:00 Am While PASSing OuT
LAUNDRY Officer FALLER, SGT faller son or Brother,
ORdered Me To Come To The ACCESS PoRT IN my cell Door
ON M-WWS Cell 1225 When i CAME To The Access PoRT
Officer FALLER PuNched me IN The fACE CAUSING my Nose
To BLEED And STATed, To me " STop The GRIEVANCEs"

ON October 31 2022 APPROXIMATLEY 11:30 Am Officer J. MANNING
CAME To my Cell Door And STATed. " I Missed You SNITCH -
YouR COMING BACK To C-WWS And IM GONNA Kill
You SNitch"

I hereby Certify That every Thing IN This STATement of FACTS
ON The Proceeding 5 PAGES IS AbsolutIey True UNDer
PeNAlTy of PerJury

Lee Mitchell JOHNSON    W40563

PAGE 5 of 5

INJURIES Attached From PAGE 5

My Physical INJURIES are Multible BRUISE, CUTS, WELTS
BLACK-eyes That I WAS Refused ALL Medical TREATMENT
For. Also LOST WEIGHT From NOT Bews fed My MEALS
I have CONSTANT PAIN IN MY NECK FROM Bews Choked
CONSTANT PAIN IN MY Ribs/Stomach From Bews Punched, Kicked
And Stomped ON From The Multibel ASSAULTS Described
IN THIS COMPLAINT

PAIN And BLURRY VISION IN BOTH eyes From Receiving
Multible BLACK eyes From The ASSAULTS Described IN
THIS COMPLAINT

CONSTANT PAIN IN BOTH KNEES From The Kicks And
Stompings During The ASSAULTS Described IN This
COMPLAINT

CONSTANT headaches From Bews Punched And Kicked
IN The Head During The ASSAULTS Described IN This
COMPLAINT ALL For Which I have Been Refused
ALL Medical TREATMENT IN A Attempt To Cover Cover UP
The ASSAULTS

PAGE 2 of 2

## PSYChological INJURIes

I am in Constant fear of Being Killed / Assaulted
By Not only Defendants But Also Fellow officers
who will And have Acted in Retaliation for my
Reporting The Assaults. I can't sleep until i PASS out
After 3 To 4 Days of staying AWAKE WAiting To Be
Killed or Beaten AGAin. when i Do sleep i WAKE up in
Cold Sweats from Nightmares of Defendants Beating
me To Death, I hide under my Bunk every Time
one of The Defendants WALKS PAST my cell.

Due To Being Refused Most meals And STARVing i eat
ALMOST ANY Thing "Toilet PAPER, SOAP, Tooth PAST, Pealing PAINT
Any Thing To TAKE AWAY HUNGER PAINS. As i am
constantly Starving Because Defendants refuse To Feed me
I Pace Back And forth ALL DAY with Worry of when i
will Be Killed By Defendants for Not Dropping my
LAW SUITS That i have AGAinST other DEPARTMENT of
Corrections employees, or That Grievances i have wrote
about The Assaults Be will Get me Killed

I am in Constant fear of LIEUTENANT MCKINNEY
MAKing Good on his Threats To Kill me
in December As PART of Snitch Week'

i have Constant PANIC Attacks And A Deep Real
fear of ALL Corrections officers

A fear That will Be with me for The rest
of my Life As will The Nightmares of The
Beatings And Abuse i have And Am still suffering

## PAGE 2 of 2

# IV. Relief Attached From Page 5

I am Requesting $100,000 in Punitive Damages Against LT McKinney
I am Requesting $50,000 in Compensatory Damages Against LT McKinney

I am Requesting $100,000 in Punitive Damages Against SGT Prock
I am Requesting $50,000 in Compensatory Damages Against SGT Prock

I am Requesting $100,000 in Punitive Damages Against SGT Tyre
I am Requesting $50,000 in Compensatory Damages Against SGT Tyre

I am Requesting $100,000 in Punitive Damages Against SGT Faller
I am Requesting $50,000 in Compensatory Damages Against SGT Faller

I am Requesting $50,000 in Punitive Damages Against SGT Patterson
I am Requesting $50,000 in Compensatory Damages Against SGT Patterson

I am Requesting $50,000 in Punitive Damages Against Officer J. Manning

I am Requesting $50,000 in Punitive Damages Against Officer Egin

I am Requesting $75,000 in Punitive Damages Against Officer Faller
I am Requesting $50,000 in Compensatory Damages Against Officer Faller

I am Requesting $100,000 in Punitive Damages Against Officer Atterberry
I am Requesting $50,000 in Compensatory Damages Against Officer Atterberry

Page 1 of 2

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

VII.   **Exhaustion of Administrative Remedies Administrative Procedures**

The Prison Litigation Reform Act ("PLRA"), 42 U.S.C. § 1997e(a), requires that "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted."

Administrative remedies are also known as grievance procedures.  Your case may be dismissed if you have not exhausted your administrative remedies.

A.      Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?

☑ Yes

☐ No

If yes, name the jail, prison, or other correctional facility where you were confined at the time of the events giving rise to your claim(s).

FLORIDA STATE PRISON

B.      Does the jail, prison, or other correctional facility where your claim(s) arose have a grievance procedure?

☑ Yes

☐ No

☐ Do not know

C.      Does the grievance procedure at the jail, prison, or other correctional facility where your claim(s) arose cover some or all of your claims?

☑ Yes

☐ No

☐ Do not know

If yes, which claim(s)?

All

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

D.  Did you file a grievance in the jail, prison, or other correctional facility where your claim(s) arose concerning the facts relating to this complaint?

☑ Yes

☐ No

If no, did you file a grievance about the events described in this complaint at any other jail, prison, or other correctional facility?

☐ Yes

☐ No

E.  If you did file a grievance:

1.  Where did you file the grievance?

florida state prison | BUT Filed GIRVANCES LAtK Do To The FACT STAFF Kept Refusws To Give me Grievance forms or A Pen BUT Grievances WAS Filed.

2.  What did you claim in your grievance?

Every Things Described in This COMPlAINT

3.  What was the result, if any?

No Response At ALL

4.  What steps, if any, did you take to appeal that decision?  Is the grievance process completed?  If not, explain why not.  *(Describe all efforts to appeal to the highest level of the grievance process.)*

APPEALed To Secretary of Corrections
Wrote Inspector GeNNAls Office
ALSO GAVE 1st shift CAPTAIN 12 witness statements about INCIDents

F.    If you did not file a grievance:

1.    If there are any reasons why you did not file a grievance, state them here:

N/A

2.    If you did not file a grievance but you did inform officials of your claim, state who you informed, when and how, and their response, if any:

N/A

G.    Please set forth any additional information that is relevant to the exhaustion of your administrative remedies.

had my Brother call/email WARDen

Wrok Inspecter Generals office

*(Note: You may attach as exhibits to this complaint any documents related to the exhaustion of your administrative remedies.)*

## VIII.  Previous Lawsuits

The "three strikes rule" bars a prisoner from bringing a civil action or an appeal in federal court without paying the filing fee if that prisoner has "on three or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g).

To the best of your knowledge, have you had a case dismissed based on this "three strikes rule"?

☐ Yes
☑ No

If yes, state which court dismissed your case, when this occurred, and attach a copy of the order if possible.

A.  Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?

☐ Yes

☑ No

B.  If your answer to A is yes, describe each lawsuit by answering questions 1 through 7 below.  *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1.  Parties to the previous lawsuit
    Plaintiff(s)  _____
    Defendant(s)  _____

2.  Court *(if federal court, name the district; if state court, name the county and State)*

    _____

3.  Docket or index number

    _____

4.  Name of Judge assigned to your case

    _____

5.  Approximate date of filing lawsuit

    _____

6.  Is the case still pending?

    ☐ Yes

    ☐ No

    If no, give the approximate date of disposition. _____

7.  What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

    _____

C.  Have you filed other lawsuits in state or federal court otherwise relating to the conditions of your imprisonment?

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

[✓] Yes

[ ] No

D.   If your answer to C is yes, describe each lawsuit by answering questions 1 through 7 below.  *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1.   Parties to the previous lawsuit
     Plaintiff(s)          *See Attached*
     Defendant(s)

2.   Court *(if federal court, name the district; if state court, name the county and State)*

3.   Docket or index number

4.   Name of Judge assigned to your case

5.   Approximate date of filing lawsuit

6.   Is the case still pending?

     [ ] Yes

     [ ] No

     If no, give the approximate date of disposition

7.   What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

Page 1 of 2

## Attachment from Page 10, Previous Law suits

1, LEE MITCHELL JOHNSON V. DEPUTY WILLIAMS et al
CASE No. 20-80709-CV-RUIZ filed on APRIL 7 2014
CASE IS ~~STILL PENDING~~ Plaintiff Dismissed
U.S. DISTRICT COURT, SOUTHERN DISTRICT OF FLORIDA
JUDGE Lisette REID

2, LEE MITCHELL JOHNSON V. CORRECTIONS DEPUTY LINDOR
CASE No: 9:20-CV-81032-DMM, filed ON July 2 2020
CASE ~~STILL PENDING~~ Plaintiff Dismissed
U.S. DISTRICT COURT, Souther DISTRICT of Florida
JUDGE DONALD M, MIDDLEBROOKS

3, LEE MITCHELL JOHNSON V. STG Alfred et al
CASE No. 9:20-81961-~~CV~~-Cooke, filed on October 18th 2020
U.S. DISTRICT COURT, Southern District of Florida
JUDGE Marcia G. Cooke. ~~CASE STILL PENDING~~ Plaintiff Dismissed

4, LEE MITCHELL JOHNSON V. Ferguson et al
CASE No. 20-81985-CV-Williams, filed on October 18 2020
CASE ~~STILL~~ Dismissed By Plaintiff.
U.S. DISTRICT COURT, Souther District of Florida

See Next Page

PREVIOUS LAW SUITS

Page 2 of 2

Lee Mitchell Johnson V. LT CASTILLO et al
CASE No. 21-CV-80517-Bloom   Filed on February 28 2021
CASE is ~~STILL Pending~~   Plaintiff Dismissed
U.S District Court, Southern District Court of florida
Judge BETH Bloom

---

LEE Mitchell Johnson V. Deputy Humphries et, al
CASE No. 21-CIV-80985-CANNON   Filed on MAY 24 2021
CASE ~~STILL Pending~~   Plaintiff Dismissed
U.S District Court, Southern District Court of florida
Judge AILEEN CANNON

---

Lee Mitchell Johnson V. Deputy McKay
Not Assigned Yet   Plaintiff Dismissed

Lee Mitchell Johnson V. Deputy Gordon
Not Assigned Yet   Plaintiff Dismissed

---

Page 2 of 3

LEE M. JOHNSON V. Deputy WALKER, et AL
CASE # 9:22-CV-80881 WPD , filed June 9 2022
CASE still Pendins, southern District of floridA
Judge William P Dimitroules

---

LEE M. JOHNSON V. SGT GAYNer et Al
Case # 3:22-CV-702-BJD-PDB filed June 23 2022
CAse Pendws middle District of FLoridA
Judge Patricia D. BArKsdale

LEE M. JOHNSON V. SERGENT PERRY, et AL
CASE # 4:22-CV-306-MW-MJF
filed AUGUST 4 2022
CASE Pendwy Northern District of Florida
Judge Michael J FRANK

**IX.     Certification and Closing**

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

**A.     For Parties Without an Attorney**

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:     _November 8 2022_

Signature of Plaintiff     _Lee M_

Printed Name of Plaintiff     _Lee Mitchell Johnson_

Prison Identification #     _N40563_

Prison Address     _Florida State Prison, P.O. Box 800_
_Raiford, _____ FL _____ 32083_
                    City                         State              Zip Code

**B.     For Attorneys**

Date of signing:     _____

Signature of Attorney     _____

Printed Name of Attorney     _____

Bar Number     _____

Name of Law Firm     _____

Address     _____
            _____
                    City                         State              Zip Code

Telephone Number     _____

E-mail Address     _____

LEE M. JOHNSON   W40563
FLORIDA STATE PRISON
P.O. Box 800
RAiFORD, FLORIDA, 32083

LEGAL MAIL

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
111 N. ADAMS STREET.
TALLAHASSEE, FLORIDA, 32301-7730

NOV 1 7 2022

Mailed From A State
Correctional Institution

