# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF FLORIDA

## CIVIL RIGHTS COMPLAINT FORM FOR
## PRO SE PRISONER LITIGANTS IN ACTIONS UNDER
## 28 U.S.C. § 1331 or § 1346 or 42 U.S.C. § 1983

LEE MITCHELL JOHNSON,

Inmate ID Number: W40563,

*(Write your full name and inmate ID number.)*

**v.**

LT MCKINNEY, SGT PROCK, SGT TYRE, SGT Atteberry, C-Wing SGT fowler, officer J. MANNING

_____,

_____,

*(Write the full name of each Defendant who is being sued. If the names of all the Defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names. Do not include addresses here.)*

_____/

"AmendeD COmPlainT"

Case No.: 4:22-cv-00412-MW-MAF
*(To be filled in by the Clerk's Office)*

**Jury Trial Requested?**
☑ YES   ☐ NO

FILED USDC FLND TL
JAN 9 '23 PM3:50

# I. PARTIES TO THIS COMPLAINT

A. Plaintiff

Plaintiff's Name: Lee mitchell Johnson  ID Number: W40563

List all other names by which you have been known: _____

_____

Current Institution: florida stAte Prison

Address: P.o.Box 800

Raiford, Florida 32083

B. Defendant(s)

State the name of the Defendant, whether an individual, government agency, organization, or corporation. For individual Defendants, identify the person's official position or job title, and mailing address. Indicate the capacity in which the Defendant is being sued. Do this for **each and every** Defendant:

1. Defendant's Name: SArgeANT Prock

   Official Position: CorrecTIoNs SArgeANT

   Employed at: florida DePArTmeNT of CorrecTIoNs

   Mailing Address: Florida state Prison, 23916 NW 83 Ave

   Raiford, FL 32083

   ☑ Sued in Individual Capacity        ☐ Sued in Official Capacity

2. Defendant's Name: LIEUTENANT MCKINNEY

Official Position: CORRECTIONS LIEUTENANT

Employed at: Florida state Prison, florida Dept. Corrections

Mailing Address: florida state Prison, 23916 NW 83 Ave

Raiford, FL 32083

☑ Sued in Individual Capacity          ☐ Sued in Official Capacity

3. Defendant's Name: SGT. TYRE

Official Position: CORRECTIONS SARGEANT

Employed at: florida Department of corrections

Mailing Address: florida state Prison, 23916 NW 83 Ave

Raiford, Florida 32083

☑ Sued in Individual Capacity          ☐ Sued in Official Capacity

*(Provide this information for all additional Defendants in this case by attaching additional pages, as needed.)*   See Attached →

## II. BASIS FOR JURISDICTION UNDER 28 U.S.C. § 1331 or § 1346

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution" and federal law. Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics*, 403 U.S. 388 (1971), you may sue federal officials for the violation of certain constitutional rights.

Are you bringing suit against (*check all that apply*):

☐ Federal Officials (*Bivens case*)     ☐ State/Local Officials (*§ 1983 case*)

## III.  PRISONER STATUS

Indicate your confined status:

☐ Pretrial Detainee              ☐ Civilly Committed Detainee

☑ Convicted State Prisoner       ☐ Convicted Federal Prisoner

☐ Immigration Detainee           ☐ Other (*explain below*):

_____

_____

## IV.  STATEMENT OF FACTS

Provide a short and plain statement of the ***facts*** showing why you are entitled to relief. Describe how ***each*** Defendant was involved and what each Defendant did, or did not do, in support of your claim. Identify when and where the events took place, and state how each Defendant caused you harm or violated federal law. Write each statement in short, numbered paragraphs, limited as far as practicable to a single event or incident. ***Do not make legal arguments, quote cases, cite statutes, or reference a memorandum.*** You may make copies of page 6 if necessary to supply all the facts. Barring extraordinary circumstances, no more than five (5) additional pages should be attached. Exhibits attached to

see Attached
4 ~ A  4 B

4. DEFENDANTS NAME     SARGEANT  ATTEberry

Corrections  SARGeANT

employed by  Florid DePARTment of Corrections

ADDress   Florida DePARTment of Corrections
Florida state Prison
23916  NW  83 AVe, RAiford, FL  32083

☑  Sued in individual capacity

5. DeFeNDANTs NAme    SARGeANT Fowler - C-WiNg SARGeANT

JoB Title    CorrectioNs SARGeANT

employed by  Florida DepARTment Corrections

ADDress    Florida State Prison
23916  NW 83 Ave, RAiford, Fl   32083

☑ Sued in individual capacity

6. DeFeNDANTs NAME   officer J. MANNING

JoB Title    Corrections officer

employed BY  Florida DePARTment Corrections

ADDress   Florida State Prison
23916  NW  83 AVe, RAiford, FL  32083

☑ Sued in individual capacity

STATEMENT OF FACTS                    4~B

(1) ON September 6 2022 I Arrived at FLORIDA STATE PRISON
( F.S.P. ) When I GoT out of The TRANSPORT VAN
I WAS MeT by SARGENT PROCK And SARgENT Atteberry
SARgeNT Atteberry sTAted To Me "So your The Child-
Molester That Likes To WriTe GRievances And file LAW SUITS -
Well We'll cuve you of ThAT AT FSP.'
These Two SARgeNTs Then escorted me To C-WING
To Cell C-1226 AT ThAT PoinT even Thoush I WAS
COMPLING wiTH ALL oRDeRs And still iN
hANdcuffs And leg iRoNs And Therefore NoT
A ThReat To Them, SARgeNT Atteberry And SARgeNT
PRock Did sTArT PUNCHing, Kicking And sTomping
ON me While SARgeNT PRock sTATed To me
"Your GONNA DRop The LAW SUIT And No more GRievANces
oR We'll Kill you."
After This Assault I Begged SARgeNT PROCK To
Go To MedicAl Because I hAd A BLoody Nose, BLuRRy
VisioN And Pain in my SIDe (RIBS) To Which
SARgeNT PRock sAId "No Go LAY DowN"

This Assault Resulted in A BLoody Nose, BLACK-eyes
inViTible BRusies, PAin in RIBS And Swellins in The
LefT SiDe of my Head And HeadAches

② September 9 To september 26 2022 on C-WING
The C-WING SARGEANT for The 6:00 pm To 6:00 Am
Shift, SARGEANT fowler Did Refuse To feed
Me At BREAKFAST each DAY he Worked
SARGEANT fowler Also Told officer J. MANNING
While At my cell Door NOT To feed me
So each DAY That SARGEANT fowler And officer
J. MANNING Worked Both of Them Did Refuse
To feed me At BREAKFAST
Also SARGEANT fowler Did state To me multible
Times "Until You Drop The LAW suits And
stop Writing GrieVANces, Your Not eating"
Also when I Would Beg SARGENT fowler To
LeT Me eAT he Would stAte To me-
"GeT off The Door or Your Getting GAssed"
It Should ALso be Noted That PlAintiff is
Still Being Refused food when SARGEANT fowler
or officer J. MANNING Works

PAGE 2 of 5

③ September 9 To September 25 2022 ON C-WING
SARGEANT TYRE The C-WING SARGEANT for The
6:00 AM To 6:00 P.M Shift, Did Refuse To
feed Me At LUNCH And DINNER BY Giving
me "empty food TRAYS" SARGENT TYRE Did
STATE To me MULTIBLE Times -
" I Don't feed Snitchs And Wnt Writers" -
"So your GONNA STARVE, Write That up And I'll KILL You"

It Should ALSO Be Noted That PLAINTIFF is Still
Be Refused food BY SARGEANT TYRE As of
This Filing

④ September 15 2022 APPROX. 1:00 P.M I WAS LAYing
Down in my cell on C-Wing (1101) When SARGEANT TYRE
CAME To MY cell And HANDcuffed me Behind MY BACK
Through The Access port. And After opening The cell Door
SARGEANT TYRE Put me in A Choke hold from Behind
With his right Arm Around my Neck And Choked me
UNtil i PASSed OUT While he Did State To me
" Your GONNA Drop The LAW SuiT or I'm GONNA Kill You"

⑤ ON September 21 2022 APPROX 11:30 PM
ON C-WING W Cell 1101, I WAS SLEEPING
SO SARGEANT FOWLER DID COME TO MY CELL AND
WAKE ME UP AND TELL ME "CUFF UP, Cell SEARCH"
SO I FULLY COMPLIED WITH SARGEANT FOWLERS ORDERS
AND AFTER SARGEANT FOWLER HANDCUFFED ME AND
CAME W TO THE CELL HE DID SLAM ME AGAINST THE
WALL THEN PUT BOTH HIS HANDS AROUND MY NECK
AND CHOKED ME WHILE STATING "I'm KILL YOU IF YOU
DON'T STOP THIS LAW SUIT SHIT"
SARGEANT FOWLER ALSO REFUSED TO LET ME SEE A NURSE

⑥ SEPTEMBER 25 2022 AT APPROX 11:00 PM ON C-WING,
Cell 1101. LIEUTENANT MCKINNEY CAME TO MY CELL DOOR
AND DID STATE TO ME " IN December is "SNITCH-WEEK,
LIKE SHARK WEEK EXCEPT FOR SNITCHS, THATS WHEN I RUN-
AROUND KILLING SNITCHS, IF YOU DON'T DROP THE LAW-
SUIT BEFORE THEN I'm KILL YOU."

PACE 4 of 5

(7) September 28 2022 Approx 3:00 AM ON L-WING, ceil-1131. I WAS sleeping when Lieutenant Mckinney came To my cell And Told me To "Cuff up" And After hand cuffing me, came in To my cell And Started Hitting me in The Arms And Back with The Chain Attached To The Leg Irons while stating To me " I told You To Drop The LAW suits, But Now you wrote A Grievance on me, I'm Kill you in December"

This Assault caused me Welts, cuts on my Arms And Back Lieutenant Mckinney Refused To Let me go To medical

(8) ON September 29 2022 APPROX 10:00 AM I WAS moved To B-Wing cell 1322 And when Sargent PRock Put me in cell 1322. even Though I Did comply with his orders Sargent PRock Started Punching And Kicking me, while he stated To me " stop Writing Grievances, or I'll Kill you"

I Do Swear Under Penalty of Perjury That every Thing in The foregoing statement of Fact is True

Lee M Johnson W40563

PAGE 5 of 5

PSYSICAl INJURIES

The Assault on 9-6-22 by SGT Atteberry And SGT Prock Resulted in multible cuts, Bruises— 2 BLACK eyes, sever PAIN And swelling w The Left side of my head, constant headaches, Sever PAIN w my Left side (Ribs) And BLURRY VISION

The Refusal of food By SGT fowler, officer J. MANNING And SGT TYRE has caused me Wieght Loss, stomach PAIN, Head Aches And Weakness, Dizziness

The Assault by SGT TYRE has caused me Neck PAIN so that i can not Law on my side or tuin my head to The Left without PAIN, Dizzness And Pain when swallowing

The Assault By SGT fowler caused me Neck PAIN And A Ringing w my ears, Headache

The Assault by LT. MCKINNEY caused me WELPS, CUTS And constant PAIN w my Rish right elbow

The Assault By SGT PROCK on 9-29-22 caused me A BLACK eye, Blurry Vision, Head Aches Back PAIN, A Bloody Nose And Pain w my Neck

Page 1 of 2

# PSYChoLoGICAL InjuRes

The Threats And Assavits By The DefendANTS
SGT Prock, SGT AtteBerry, SGT fowler And LT mcKinney
have me w CONSTANT fear of When i will Be
Beaten AGAin or Killed, I CAN't sleep unil i PASS OUT
After stAyins AWAKe for 2 To 3 DAYS. When i Do
sleep i have NishTmares of Bews Killed At F.S.P,
I have Daily PANic AttAcKs, Due To SGT fowler
And SGT TYRe NoT feedins me i am w
CONSTANT worry of when i will And wo will NOT
Be Allowed To eAt. And Am forced To
eAt ToileT PAPer, SoAp, ToothPAST And peelins PAwT
To help The HUNGer PAINS. i am w fear of
all corrections officers As i DoN't KNow
which ones will Kill me or When.
every Time i hear cell Doors Bews opened
i have PANic Attacks worring are They
Comins To GeT me.
i feel As Thoush it is oNly A matter Of
Time Before oNe of The DefendANTS
mAKes Good oN his Threats To Kill me


PAGe 2 oF 2

PAGE 1 OF 2

# V. STATEMENT OF CLAIMS
STATE WHAT RIGHTS UNDER THE CONSTITUTION
HAVE BEEN VIOLATED

1, SGT PROCK VIOLATED MY 8th AMENDMENT RIGHTS —
BY USING EXCESSIVE FORCE UPON ME ON SEPTEMBER —
6 2022

2, SGT ATTEBERRY VIOLATED MY 8th AMENDMENT RIGHTS —
BY USING EXCESSIVE FORCE UPON ME ON SEPTEMBER —
6 2022

3, SGT FOWLER VIOLATED VIOLATED MY 1st AMENDMENT RIGHTS —
BY REFUSING TO FEED ME IN RETALIATION FOR MY —
LAW SUIT AND GRIEVANCES

4, SGT FOWLER VIOLATED MY 8th AMENDMENT RIGHTS —
BY USING EXCESSIVE FORCE UPON ME ON SEPTEMBER —
21 2022

5, SGT TYRE VIOLATED MY 1st AMENDMENT RIGHTS —
BY REFUSING TO FEED ME IN RETALIATION FOR —
MY LAW SUIT AND GRIEVANCES

6, SGT TYRE VIOLATED MY 8th AMENDMENT RIGHTS —
BY USING EXCESSIVE FORCE UPON ME ON SEPTEMBER —
15 2022

7, OFFICER J. MANNING VIOLATED MY FIRST AMENDMENT —
RIGHTS BY REFUSING TO FEED ME IN RETALIATION —
FOR MY LAW SUIT AND GRIEVANCES

8, LIEUTENANT MCKINNEY VIOLATED MY 1st AMENDMENT —
RIGHTS BY THREATING TO KILL ME IN RETALIATION FOR MY —
LAW SUIT AND GRIEVANCES

9, LIEUTENANT MCKINNEY VIOLATED MY 8th AMENDMENT —
RIGHTS BY USING EXCESSIVE FORCE UPON ME —
ON SEPTEMBER 28 2022

PAGE 1 OF 2

PAGE 2 of STATEMENT of CLAIMS

10, SGT PROCK Violated My 8th Amendment RishTS — BY Usng excessive force UPON me ON September 24 2022

ALSO

11, SGT PROCK Violated My 1st Amendment Rights — BY Usng excessive force UPON me on September 6 2022 And september 24 2022 in Retaliation — for My LAW SUIT And GrievAnces

12, SGT TYRE Violated My 1st Amendment Rights — BY Usng excessive force UPON me in Retaliation — for My LAW SUIT And GrievAnces

13, SGT fowler Violated My 1st Amendment Rights — BY USING excessive force UPON me in Retaliation — for My LAW SUIT And GrievAnces

14, LieuTenAnT MCKinney Violated My 1st AmendmenT — Rights BY Usng excessive force UPON me in Retaliation for My LAW SUIT And GrievAnces

15, SGT PROCK Violated My 8th AmendmenT Rights BY — Refusng To let me Go To Medical for WJuries he caused — ON September 6 2022

16, SGT fowler Violated My 8th Amendment Rights BY — Refusng To let me Go To Medical for WJuries — he caused on september 24 2022

17, LieuTenAnT MCKinney Violated My 8th Amendment — Rights BY Refusng To let me Go To Medical for — WJuries he caused on september 28 2022

END OF STATEMENT OF CLaims

# VI. Relief Requested
## I am Seeking AGAINST —

1) LIETENANT MCKINNEY $100,000 W PUNITIVE DAMAGES
LIETENANT MCKINNEY $50,000 W COMPENSATORY DAMAGES

2, SGT PROCK $100,000 W PUNITIVE DAMAGES
SGT PROCK $50,000 W COMPENSATORY DAMAGES

3 SGT TYRE $100,000 W PUNITIVE DAMAGES
SGT TYRE $50,000 W COMPENSATORY DAMAGES

4 SGT Atteberry $100,000 W PUNITIVE DAMAGES
SGT Atteberry $50,000 W COMPENSATORY DAMAGES

5 SGT Fowler $100,000 W PUNITIVE DAMAGES
SGT Fowler $50,000 W COMPENSATORY DAMAGES

6, Officer J. MANNING $50,000 W PUNITIVE DAMAGES

## VII.  EXHAUSTION OF ADMINISTRATIVE REMEDIES

The Prison Litigation Reform Act ("PLRA") requires prisoners to exhaust all available administrative remedies (*grievance procedures*) before bringing a case. 42 U.S.C. § 1997e(a). **ATTENTION:** *If you did not exhaust available remedies prior to filing this case, this case may be dismissed.* If the case is dismissed for failure to exhaust or for any reason, you will still be required to pay the full filing fee and the dismissal may count as a "strike" under 28 U.S.C. § 1915(g). Therefore, please consider whether you have fully exhausted your remedies before proceeding with this action.

## VIII.  PRIOR LITIGATION

*This section requires you to identify your prior litigation history. Be advised that failure to disclose all prior state and federal cases—including, but not limited to civil cases, habeas cases, and appeals—may result in the dismissal of this case. You should err on the side of caution if you are uncertain whether a case should be identified.*

**ATTENTION:** *The "three strikes rule" of the PLRA bars a prisoner from bringing a case without full payment of the filing fee at the time of case initiation if the prisoner has "on three or more prior occasions, while*

*incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g).*

A.  Have you had any case in federal court, including federal appellate court, dismissed as frivolous, as malicious, for failure to state a claim, or prior to service?

☐ YES   ☐ NO

If "Yes," identify the case number, date of dismissal, and court for each case:

1.  Date:_____Case #: _____

    Court: _____

    Reason: _____

2.  Date:_____Case #: _____

    Court: _____

    Reason: _____

3.  Date:_____Case #: _____

    Court: _____

    Reason: _____

*(If necessary, list additional cases on an attached page)*

B. Have you filed other lawsuits or appeals in ***state or federal court*** dealing with the same facts or issue involved in this case?

☐ YES  ☑ NO

If "Yes," identify the case number, parties, date filed, result (*if not still pending*), name of judge, and court for each case (*if more than one*):

1. Case #:_____Parties: _____

   Court:_____Judge: _____

   Date Filed:_____Dismissal Date (*if not pending*): _____

   Reason: _____

2. Case #:_____Parties: _____

   Court:_____Judge: _____

   Date Filed:_____Dismissal Date (*if not pending*): _____

   Reason: _____

   *(If necessary, list additional cases on an attached page)*

C. Have you filed any other lawsuit, habeas corpus petition, or appeal in ***state or federal court*** either challenging your conviction or relating to the conditions of your confinement?.

☑ YES   ☐ NO

If "Yes," identify all lawsuits, petitions and appeals:

1. Case #: 20-80709-cv-WILLIAM Parties: Johnson v Deputy William et al

   Court: Souther District   Judge: Lisette Aviz

   Date Filed: 4-7-14 Dismissal Date (*if not pending*): 2021

   Reason: Settled

2. Case #: 9-20-cv-81072   Parties: Johnson v Linder

   Court: Southern District   Judge: Donald Middlebrooks

   Date Filed: 7-2-20 Dismissal Date (*if not pending*): 2021

   Reason: ~~Settled~~ Settled

3. Case #: 9-20-81961   Parties: Johnson v SGT Alfred et al

   Court: Southern District   Judge: Marcia Cooke

   Date Filed: 10-18-20 Dismissal Date (*if not pending*): 2021

   Reason: Settled

4. Case #: 20-81963-CV-William Parties: Johnson v Ferguson et al

   Court: Southern District   Judge: Williams

   Date Filed: 10-18-2026 Dismissal Date (*if not pending*): 2021

   Reason: Plaintiff Dismissed

5. Case #: 21-CV-80517   Parties: Johnson v LT Castillo et al

   Court: Southern District   Judge: Beth Bloom

   Date Filed: 2-28-21 Dismissal Date (*if not pending*): 2021

   Reason: Settled

6. Case #: 21-CIV-80985    Parties: ~~A~~ *Johnson  V  Deputy humphies et al*

Court: Southern District    Judge: Aileen Cannon

Date Filed: 6-24-21    Dismissal Date (*if not pending*): 2021

Reason: Settled

**(Attach additional pages as necessary to list all cases.)**

## IX. CERTIFICATION

1. I declare, under penalty of perjury, that all of the information stated above and included on or with this form, including my litigation history, is true and correct.

2. Additionally, as required by Federal Rule of Civil Procedure 11, I certify that to the best of my knowledge, information, and belief, this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a non- frivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

Johnson V McKay
  Never Assigned case #
  Plawtiff Dismissed

Johnson V. Golden
Never Assigned case #
  Plawtiff Dismissed

Johnson V. Walker case 9:22-CV-80881-WPD
Southern District filed 6-14-22
  Still Pendws.   Judge William P DimiTroulras

Johnson V Garner et all. case No 3:22-CV-702-DTD
Middle District      filed 6-14-22
  Still Pendws      Judge Patricia Barkisdale

Johnson V. Sgt Perry et ale case No 4:22-CV-306-mw
Northern District     filed 8-22-22
  Still Pendwdws    Judge Michael J fiawn

3.  I understand it is my obligation to timely notify the Clerk's Office if there

is any change to my mailing address and that my failure to do so may result

in a dismissal of the action.

Date: 12-28-22 Plaintiff's Signature: _____

Printed Name of Plaintiff: Lee Mitchell JoHNSON

Correctional Institution: FloridA STATe PrisoN

Address: P.O. Box 800

RAifoid, FloridA  32083

**I certify and declare, under penalty of perjury, that this complaint was**

**(*check one*) ☑delivered to prison officials for mailing or ☐ deposited in**

**the prison's mail system for mailing on the 29 day of Dec. , 2022**

Signature of Incarcerated Plaintiff: _____

To: The United States District Court, Northern District Florida
From LEE M. Johnson W40563
DATE: 12-28-2022
RE: CASE No. 4:22-CV-00412-MAF
"Amended Complaint"

# LEGAL-MAIL

## *For Legal Purposes Only*

Document # 3 of 3 Documents
Included

1. Compliance with Courts order
2. Completed IFP Application
3. Amended Complaint

# LEGAL

# MAIL

FILED USDC FLND TL
JAN 9 '23 PM3:49