IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

**LEE MITCHELL JOHNSON,**

   *Plaintiff*,

v.                                          Case No.: 4:22cv412-MW/MAF

**LT. McKINNEY, et al.,**

   *Defendants*.

_____/

## ORDER ACCEPTING AND ADOPTING
## REPORT AND RECOMMENDATION

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation. ECF No. 15. In it, the Magistrate Judge directs Plaintiff to comply with his earlier order, ECF No. 12, to provide six copies of his complaint to serve on the Defendants in this case. Plaintiff subsequently filed a notice with the Court, ECF No. 16, which the Magistrate Judge construed as a motion to waive costs, *see* ECF No. 17. The Magistrate Judge granted that motion, *see id*., and directed the Clerk to make the six copies of Plaintiff's amended complaint, ECF No. 10, for service upon Defendants at no cost to Plaintiff. Summons have issued for each of the Defendants and the Magistrate Judge has directed the USMS to serve Defendants. Accordingly, upon consideration, no objections having been filed by the parties,

   **IT IS ORDERED:**

The report and recommendation, ECF No. 15, is **accepted and adopted** as this Court's opinion. Plaintiff's requests for temporary restraining order and injunctive relief, ECF Nos. 13 and 14, are **DENIED**. Plaintiff's request for appointment of counsel is **DENIED without prejudice**. This case is referred to the Magistrate Judge for further proceedings.

**SO ORDERED on February 22, 2023.**

s/Mark E. Walker  
**Chief United States District Judge**