IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

**LEE MITCHELL JOHNSON,**

   *Plaintiff*,

v.                                       Case No.: 4:22cv412-MW/MAF

**LT. MCKINNEY, et al.,**

   *Defendants*.

_____/

## ORDER ACCEPTING AND ADOPTING
## REPORT AND RECOMMENDATION

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation. ECF No. 26. Upon consideration, no objections having been filed by the parties,

**IT IS ORDERED:**

The report and recommendation, ECF No. 26, is **accepted and adopted** as this Court's opinion. Plaintiff's request for temporary restraining order and injunctive relief, ECF No. 24, is **DENIED**. This matter is referred back to the Magistrate Judge for further proceedings.

**SO ORDERED on March 23, 2023.**

                                           s/Mark E. Walker
                                           **Chief United States District Judge**