# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# TALLAHASSEE DIVISION

LEE MITCHELL JOHNSON,

VS.

LT. MCKINNEY ET AL    /     CASE NO. 4:22-CV-00412-MW-MAF

## PLAINTIFF'S MOTION OF NON CONSENT TO TRIAL BY MAGISTRATE JUDGE

The Plaintiff files this his motion that Plaintiff does NOT consent to a trial by Magistrate Judge and requests that all other motions, hearing and such pertaining to the above styled case be held by Chief Judge MARK E. WALKER

Respectfully Submitted

Lee M. [signature]

LEE M. JOHNSON, PRO-SE

FILED USDC FLND TL
APR 6 '23 PM 4:30



# CERTIFICATE OF SERVICE

I HEREBY certify That That a copy of The foregoing has Been furnished To The United states District court, Northern District of Florida at 111 NORTH ADAMS street TALLAHASSee, florida 32301 Via U.S. Mail This 3 Day of April 2023

/s/ Lee M Johnson

LEE M. JOHNSON   W40563
Florida state Prison
P.O. Box 800
Raiford, Florida 32083

Lee M. Johnson W40563
Florida Sink Prison
P.O. Box 800
Malfard, Florida 32083

Mailed From A State Correctional Institution

US POSTAGE PITNEY BOWES
ZIP 32083
02 4W
0000385900 APR 04 2023
$000.60

UNITED STATES DISTRICT COURT
Northern District of Florida
111 North Adams Street
Tallahassee, Florida 32301

LEGAL MAIL

32301$7730 C001

LEGAL MAIL ONLY