IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

**LEE MITCHELL JOHNSON,**

  *Plaintiff*,

v.                    Case No.: 4:22cv412-MW/MAF

**LT. MCKINNEY, et al.,**

  *Defendants*.

_____/

**ORDER ACCEPTING AND ADOPTING**
**REPORT AND RECOMMENDATION**

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation. ECF No. 33. Upon consideration, no objections having been filed by the parties,

  **IT IS ORDERED:**

The report and recommendation, ECF No. 33, is **accepted and adopted** as this Court's opinion. Plaintiff's requests for temporary restraining order and injunctive relief, ECF No. 32, are **DENIED without prejudice**. This case is referred to the Magistrate Judge for further proceedings consistent with this Order.

  **SO ORDERED on April 14, 2023.**

                    s/Mark E. Walker             
                    **Chief United States District Judge**