

**U.S. Department of Justice**

United States Marshals Service

*Northern District of Florida*

*111 N. Adams Street #277*
*Tallahassee, FL  32301*

April 14, 2023

Clerk, U.S. District Court
Northern District of Florida
111 N Adams Street, 3rd Floor
Tallahassee, FL  32301

Re:  4:22cv412-MW/MAF
     Lee Mitchell Johnson vs. LT. McKinney, et al

Dear Sir,

Be advised that the FDOC has provided the USMS with a confidential address for Defendant Jeremy Fowler. Please issue a new summons for Mr. Fowler and the USMS will attempt to personally serve him.

Sincerely,

Sheila Miller
Investigative Analyst
U.S. Marshals Service, N/FL

FILED USDC FLND TL
APR 14 '23 PM2:30