IN THE UNITED STATES COURT OF APPEALS
FOR THE ELEVENTH CIRCUIT

_____

No. 24-10898-C

_____

LEE MITCHELL JOHNSON,

                                      Plaintiff - Appellant,

versus

MCKINNEY,
Lieutenant,
PROCK,
Sgt,
TYRE,
Male Sergeant,
J. MANNING,
ATTERBERRY,
Officers, et al.,

                                      Defendants - Appellees,

CORRECTIONS SERGEANT FALLER, et al.,

                                      Defendants.

_____

Appeal from the United States District Court
for the Northern District of Florida

_____

ORDER: Pursuant to the 11th Cir. R. 42-1(b), this appeal is DISMISSED for want of prosecution because the Appellant Lee Mitchell Johnson failed to pay the filing and docketing fees (or file a motion in the district court for relief from the obligation to pay in advance the full fee) to the district court within the time fixed by the rules; and failed to comply with the rules on Certificates of Interested Persons and Corporate Disclosure Statements and file a Transcript Order Form within the time fixed by the rules.

Effective April 18, 2024.

                                   DAVID J. SMITH
                    Clerk of Court of the United States Court
                       of Appeals for the Eleventh Circuit

                                                          FOR THE COURT - BY DIRECTION

# UNITED STATES COURT OF APPEALS
# FOR THE ELEVENTH CIRCUIT

ELBERT PARR TUTTLE COURT OF APPEALS BUILDING
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

David J. Smith
Clerk of Court

For rules and forms visit
www.ca11.uscourts.gov

April 18, 2024

Clerk - Northern District of Florida
U.S. District Court
111 N ADAMS ST
TALLAHASSEE, FL 32301

Appeal Number: 24-10898-C
Case Style: Lee Johnson v. McKinney, et al
District Court Docket No: 4:22-cv-00412-MW-MAF

The enclosed copy of the Clerk's Order of Dismissal for failure to prosecute in the above referenced appeal is issued as the mandate of this court. See 11th Cir. R. 41-4.

Clerk's Office Phone Numbers

| | | | |
|---|---|---|---|
| General Information: | 404-335-6100 | Attorney Admissions: | 404-335-6122 |
| Case Administration: | 404-335-6135 | Capital Cases: | 404-335-6200 |
| CM/ECF Help Desk: | 404-335-6125 | Cases Set for Oral Argument: | 404-335-6141 |

Enclosure(s)

PLRADSM Clerks entry dismissal PLRA